UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MALINDA GAY BURRAGE, in her personal capacity and as Personal Representative of the Estate of Shannon Lee Burrage; and SKYE LEE BURRAGE,

Plaintiffs,

v.

SOUTH CORRECTIONAL ENTITY; DEVON SCHRUM; JOHN DICROCE; LANCE BRIGGS; LISA MURPHY; KENNEDY CYDNE; MICHELLE MIJAL; ABDOULIE JAWARA; and LANNIE HOOD,

Defendants.

C26-2675 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Notice of Discharge and Injunction, docket no. 15, and Exhibits A and B thereto, docket nos. 15-1 and 15-2, filed by counsel who has made a limited appearance for defendants Lance Briggs, Lisa Murphy, Cydne Kennedy (named as defendant Kennedy Cydne), Michelle Mijal, Abdoulie Jawara, and Lannie Hood (collectively, the "Wellpath Employees"), the Court DIRECTS the parties to meet and confer and to file, within twenty-one (21) days of the date of this Minute Order, a Joint Status Report addressing the following issues:

(a) Whether plaintiffs' claims against the Wellpath Employees should be dismissed with prejudice as barred by the orders entered in *In re Wellpath Holdings, Inc.*, No. 24-90533 (Bankr. S.D. Tex.); and

(b) Whether the orders referenced in Paragraph 1(a), above, have any preclusive effect on plaintiffs' claims against defendants South Correctional Entity, Devon Schrum, and/or John DiCroce; *see* Defs.' Answer at 9th Affirmative Defense (docket no. 9 at 13).

If the parties disagree concerning these issues, they shall not file separate documents, but rather shall state their respective views in the required Joint Status Report.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of November, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk